IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. SMITH, | No. 10-04235 CW |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| GMAC MORTGAGE, LLC, et al., | |
| Defendants. | |

On October 21, 2010, Defendants GMAC Mortgage, LLC, and ETS Services, LLC, moved to dismiss Plaintiff William L. Smith's complaint. The hearing on the motion was set for December 2, 2010.

Plaintiff, who is represented by counsel, failed to file an opposition, which was due November 12, 2010. Plaintiff shall file an opposition by November 24, 2010, or his claims against these Defendants will be dismissed for failure to prosecute. If an opposition is filed, Defendants' reply shall be due one week thereafter. Defendants' motion will be taken under submission on the papers. The Court VACATES the hearing set for December 2, 2010.

IT IS SO ORDERED.

Dated: 11/17/2010

CLAUDIA WILKEN
United States District Judge