IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. SMITH,

        Plaintiff,

  v.

GMAC MORTGAGE, LLC, et al.,

        Defendants.
                                    /

No. 10-04235 CW

ORDER DISMISSING CLAIMS AGAINST DEFENDANTS INNOVATIVE MORTGAGE, VINSON T. LUI AND SBMC MORTGAGE AND CLOSING CASE

      On November 30, 2010, the Court dismissed Plaintiff William L. Smith's claims against Defendants GMAC Mortgage, LLC, and ETS Services, LLC, for failure to prosecute. Plaintiff did not respond to these Defendants' motion to dismiss, even after the Court warned him that if he failed to do so, his claims against them would be dismissed. In its November 30 Order, the Court warned Plaintiff that, by January 21, 2011, if he had not filed proof that he served Defendants Innovative Mortgage, Vinson T. Lui and SBMC Mortgage or if these Defendants had not appeared by that date, his claims against them would also be dismissed for failure to prosecute.

      Plaintiff has not filed proof that he has served Innovative Mortgage, Lui and SBMC Mortgage, and these Defendants have not appeared in this action. In a case management conference statement filed January 3, 2011, Plaintiff acknowledges that he has not served these Defendants. However, he has not moved for an extension of time to serve them. Accordingly, Plaintiff's claims against Innovative Mortgage, Vinson T. Lui and SBMC Mortgage are dismissed without prejudice for failure to prosecute.

1    There are no other claims or Defendants remaining in this
2 action.  Thus, the Clerk shall close the file.
3    IT IS SO ORDERED.

5 Dated: 2/3/2011

              _____
              CLAUDIA WILKEN
              United States District Judge

2